IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DONALD FITZGERALD BROOKS,       )
                                )
        Plaintiff,              )
                                )
    v.                          )       CASE NO. 2:12-CV-442-TMH
                                )               [WO]
JAMES A. CARTER, *et al.*,      )
                                )
        Defendants.             )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action is pending before the court on a complaint filed by

Donald Fitzgerald Brooks ["Brooks"], an indigent inmate, challenging actions taken against

him during his confinement in the Montgomery City Jail.  Specifically, Brooks alleges the

defendants failed to protect him from assault by another inmate and challenges the adequacy

of medical treatment provided to him for injuries suffered in the assault.  The order of

procedure entered in this case specifically directed Brooks to immediately inform the court

of any change in his address.  Order of May 23, 2012 (Doc. No. 4) at 5.

On July 3, 2012, this court entered an order, a copy of which the Clerk mailed to

Brooks.  The postal service returned this order because Brooks no longer resided at the

address he had last provided to the court.  In light of the foregoing, the court entered an order

requiring that, on or before July 27, 2012, Brooks inform the court of his present address.

Order of July 17, 2012 (Doc. No. 18).  The order specifically advised Brooks this case could

not proceed if his whereabouts remained unknown and cautioned him his failure to comply with its directives would result in a Recommendation that this case be dismissed. *Id*. The court has received no response from Brooks to the aforementioned order nor has Brooks provided the court with a current address in accordance with the directives of the order procedure. As is clear from the foregoing, Brooks has failed to comply with the directives of the orders entered by this court and this case cannot properly proceed in his absence. It is likewise clear that Brooks is no longer interested in the prosecution of this case. The court, therefore, concludes that this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for the failure of the plaintiff to comply with the orders of this court and his failure to properly prosecute this action.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation **on or before August 16, 2012**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District

Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Sec., Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 2nd day of August, 2012.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE